# United States District Court
# For The Western District of North Carolina
# Statesville Division

BYRON JOSEPH KNOX,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:06CV31-3-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2006, Order.

                                                 Signed: March 13, 2006

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court